UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND    DIVISION


LUIS JIMENEZ GONZALES JR

_____
*(Enter full name of plaintiff(s))*

Plaintiff(s),


v.


BI-MART CORPORATION,
CHRISTOPHER FRANCO, BARRY
BARTHOLEMEW, JAMES LYDA
*(Enter full name of ALL defendant(s))*


Defendant(s).


Civil Case No. 2:20-CV-00008-CL
*(to be assigned by Clerk of the Court)*

PRISONER CIVIL RIGHTS
COMPLAINT


I.


A.    Have you brought any other action or appeal in a court of the United States while a
prisoner?

Yes ☒          No ☐

B.    If your answer to A is yes, how many?  __4__ .   Describe the lawsuit(s) in the
space below. *(If there is more than one lawsuit, describe the additional lawsuits on
another piece of paper, using the same outline.)*

1.    Parties to the previous lawsuit: SHERIFF LARRY BLANTON

Plaintiff(s): LUIS JIMENEZ GONZALES JR

_____

Defendant(s): Sheriff Larry Blanton

Deschutes County Adult Jail

2.   Court: Medford

3.   Docket Number: _____

4.   Name of judge to whom case was assigned: Anna J Brown

5.   Disposition (Was the case dismissed? Was it appealed? Is it still pending?)

Case was dismissed due to non exhaustion of grievance remedies it was appealed to the ninth circuit and dismissed

6.   Approximate date of filing: Sept 2009

7.   Approximate date of disposition: 2012

## II.

A.   Place of confinement: DRCi

B.   Is there a prisoner grievance procedure in this institution?

Yes ☒           No ☐

C.   Have you filed a grievance concerning the facts relating to this complaint?

Yes ☐           No ☒

If your answer is no, explain why not:

This is not an incarcerated issue it is dealing with plaintiff being assaulted at Bi-mart crook county By store staff

D.   Is the grievance process completed?

Yes ☐           No ☒

III.  PARTIES

*(In item A below, place your name in the first blank and place your present address in the
second blank. Do the same for additional plaintiffs, if any.)*

A.   Name of plaintiff: Luis Jimenez Gonzales Jr.
Security Identification No.: 16478757
Address: DRCI. 3920 E Ashwood Rd.
Madras, OR 97741

*(In item B, place the full name of each defendant, his/her official position, and his/her place
of employment.*

B.   Defendant Bi-Mart is employed as _____
at Prineville oregon Crook County oregon

Defendant Christopher Franco is employed as Manager Bi Mart.
at Prineville, Crook County oregon

Defendant Barry Bartholemew is employed as Theft prevention
at Prineville, Crook County oregon

Defendant James Lyda is employed as Truck Driver
at Crook County

Defendant _____ is employed as _____
at _____

Additional defendants: _____
_____
_____

## IV. STATEMENT OF CLAIM

### Claim I

State what right under the Constitution, laws, or treaties of the United States has been violated.

EIGHTH AMENDMENT Cruel and unusual Punishment
FOURTEENTH AMENDMENT Due Process rights Violation

Supporting Facts: *(State here as briefly as possible the facts of your case. Describe how each defendant is involved and when the conduct occurred. It is not necessary to give any legal arguments or cite any cases or statutes.)*

On 12-11-2018 Plaintiff was shoplifting some gloves and wireless speakers earbuds at the Bi-mart in Prineville oregon as I exit the store I immediately begin to run, store security Barry Bartholomes and store Manager Christopher Franco chased me through the parking lot, as the defendants were giving chase a store customer James Lyda intervened and as I tried to Jump over a bush James Lyda tripped me, Plaintiff landed on the other side of the bush on his head and was knocked unconcious, when Plaintiff regained conciousness both all 3 defendants were Punching Plaintiff on the head, throat, face, and stomach area, I was in turn hospitalized and received treatment for my injuries at St charles hospital in Prineville

### Claim II

State what right under the Constitution, laws, or treaties of the United States has been violated.

Supporting Facts: *(State here as briefly as possible the facts of your case. Describe how each defendant is involved and when the conduct occurred. It is not necessary to give any legal arguments or cite any cases or statutes.)*

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

### Claim III

State what right under the Constitution, laws, or treaties of the United States has been violated.

_____
_____
_____
_____

Supporting Facts: *(State here as briefly as possible the facts of your case. Describe how each defendant is involved and when the conduct occurred. It is not necessary to give any legal arguments or cite any cases or statutes.)*

_____
_____
_____
_____
_____
_____
_____
_____

_____
_____
_____
_____
_____
_____

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

## V.    RELIEF

State _briefly_ exactly relief you are seeking.  Make no legal arguments.  Cite no cases or statutes.

Wherefore Plaintiff requests that this Court grant the following relief A. Declare that Defendant Christopher Franco violated Plaintiffs Eigth amendment right when he failed to protect him from a known risk of assault and he was severly assaulted. Declare that Defendant Barry Bartholemew violated Plaintiffs Eigth Amendment right by assaulting Plaintiff for shoplifting, award compensatory damages for Plaintiffs physical and emotional injuries, and punitive damages against each Defendant

Signed this __27__ day of __December_____, 20_19_.

_Luis Gonzales 16478757_
*(Signature of Plaintiff(s))*